IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFFERY BRADLEY,** )<br>)<br>**Plaintiff**, )<br>)<br>v. )<br>)<br>**PATRICIA FLANNERY, CORREY** )<br>**SMITH and JANET SWEARINGTON,** )<br>)<br>**Defendants** )<br>_____ ) | CV F F-11-0942 AWI DLB<br><br>ORDER VACATING<br>HEARING DATE OF JULY 25,<br>2011 |

In this civil rights action by plaintiff Jeffery Bradley ("Plaintiff") against individual defendants Patricia Flannery, Corey Smith and Janet Swearington ("Defendants") have moved to dismiss Plaintiffs complaint. The matter was scheduled for oral argument to be held July 25, 2011, at 1:30 p.m.. The Court has reviewed Defendants' Motion, the opposition, Defendants' reply, and the applicable law, and has determined that the Motion is suitable for decision without oral argument. Local Rule 78-230(h).

THEREFORE, the court HEREBY ORDERS that the hearing date for consideration of Defendants' Motion to Dismiss currently set for July 25, 2011, is hereby VACATED, and no party shall appear at that time. As of July 25, 2011, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:  July 20, 2011                                  _____
                                                       CHIEF UNITED STATES DISTRICT JUDGE