IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY BRADLEY,<br><br>           Plaintiff,<br><br>      v.<br><br>PATRICIA FLANNERY, CORREY SMITH and JANET SWEARINGTON,<br><br>           Defendants | CV F F-11-0942 AWI DLB<br><br>ORDER VACATING HEARING DATE OF DECEMBER 12, 2011, AND TAKING MATTER UNDER SUBMISSION |

   In this action pursuant to 42 U.S.C. § 1983, Defendants Patricia Flannery, Correy Smith and Janet Swearington ("Defendants") have filed a motion to dismiss the First Amended Complaint of plaintiff Jerry Bradley ("Plaintiff").  The matter was scheduled for oral argument to be held December 12, 2011.  The Court has reviewed Defendants' Motion, Plaintiff's opposition, and Defendant's reply and the applicable law, and has determined that the Motion is suitable for decision without oral argument.  Local Rule 78-230(h).

   Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 12, 2011, is VACATED, and no party shall appear at that time.  As of December 12, 2011. the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:    December 7, 2011                                              _____
                                                                                            CHIEF UNITED STATES DISTRICT JUDGE